UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JNP VENTURES, LLC d/b/a
SCARSDALE SUPPLEMENTS,

                           Plaintiff,

      -against –

CARBON BEAUTY, LLC, *et al.*,
                           Defendants.
-----------------------------------------------------------X

**O R D E R**

21-CV-6136 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated: January 26, 2022
      White Plains, New York

                                                       _____
                                                         CATHY SEIBEL, U.S.D.J.